# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSEPH SAVOY** | : | **CIVIL ACTION** |
| **DOC# 270087** | | |
| | : | **NO. 14-0700-JJB-SCR** |
| **VERSUS** | | |
| | : | **JUDGE JAMES J. BRADY** |
| **DANIEL DAVIS, ET AL** | : | **MAGISTRATE JUDGE** |
| | | **STEPHEN C. RIEDLINGER** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant Captain James Savoy who moves this Honorable Court to enter summary judgment in his favor pursuant to Federal Rules of Civil Procedure Rule 56 for the following reasons:

1.

Plaintiff, Joseph Savoy, DOC #270087, is an inmate sentenced to the custody of the Louisiana Department of Public Safety and Corrections.

2.

Plaintiff filed this action on November 5, 2014, pursuant to 42 U.S.C. §1983.[1]  Plaintiff alleges that Defendants Major Daniel Davis, Captain Scott Kennedy, Captain John Sanders and Captain James Savoy violated his constitutional rights under the Fourth and Eighth Amendments by subjecting him to excessive force.

3.

The only remaining claim against Defendant Capt. Savoy is one for failure to protect.

---

[1] Rec. Doc. 1.

1

4.

Summary judgment evidence shows Defendant Capt. Savoy was not present during the alleged excessive force and was unaware that excessive force was used against Plaintiff.

5.

As shown from the pleadings, the attached exhibits, statement of undisputed facts, and as further described in the accompanying memorandum, there exists no genuine issue of material fact as to whether Defendant Capt. Savoy failed to protect the Plaintiff.

6.

Because there is no genuine issue of material fact, Defendant Capt. Savoy is entitled to judgment as a matter of law as to all remaining claims.

**WHEREFORE**, Defendant Capt. James Savoy respectfully moves that his motion be granted and that all claims be dismissed, at Plaintiff's cost.

Respectfully submitted,

**JAMES D. "BUDDY" CALDWELL**
Attorney General
State of Louisiana

BY:   /s/ Bailey A. Adams
Bailey A. Adams, La. Bar No. 34234
Assistant Attorney General
**Louisiana Department of Justice**
Litigation Division, Civil Rights Section
1885 North Third Street, 4th Floor
Post Office Box 94005 (70804-9005)
Baton Rouge, Louisiana 70802
Telephone:    225-326-6300
Facsimile:    225-326-6495
E-mail:        AdamsB@ag.state.la.us

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 16th day of November 2015, the foregoing was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

**I FURTHER CERTIFY** that a copy of the foregoing was served on the attorney for plaintiff by depositing same in the United States mail, properly addressed and first class postage prepaid, on the 16th day of November, 2015.

Donna Unkel Grodner
Grodner and Associates, APLC
2223 Quail Run Drive
Suite B-1
Baton Rouge, La 70808

*/s/ Bailey A. Adams*
Bailey A. Adams