UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

```
* * * * * * * * * * * * * *
                           *   CIVIL ACTION
JOSEPH SAVOIE              *   NO. 14:0700
                           *
versus                     *   BRADY
                           *
MAJOR DANIEL DAVIS, ET AL  *   RIEDLINGER
                           *
* * * * * * * * * * * * * *
```

The testimony of **JOSEPH SAVOIE**, taken by the defendants pursuant to notice and the within stipulation at Elayn Hunt Correctional Center, 6925 Louisiana Highway 74, St. Gabriel, Louisiana, beginning at 2:09 p.m. on June 30, 2015.

Before Mark LaCour, Certified Stenomask Reporter, in and for the State of Louisiana.

*ASSOCIATED REPORTERS, INC.*
*Mark LaCour, C.C.R.*
*(225) 216-2036*



STATE'S EXHIBIT A

1   the black box leg iron shackles fully
2   restrained. Major Davis grabbed me from
3   behind on my jumpsuit, upper jumpsuit and
4   slammed my face against the tier wall.
5   Captain Kennedy was on my left side
6   punching me from my back to my head
7   several times while Major Davis was still
8   holding me punching me in my back into my
9   head.
10       Q.   They were both hitting you at
11  the same time?
12       A.   Right. Captain Sanders was on
13  my right. He swung a left hook. Hit me
14  on my right side of my face.
15       MS. GRODNER:
16           Let the record reflect that the
17           witness is placing his right hand
18           over the right side of his face.
19       THE WITNESS:
20           Leaving a deep cut and a lot of
21           blood was gushing from my face.
22       MS. GRODNER:
23           Let the record reflect the
24           witness indicated an indentation on
25           his upper right cheek.

```
 1    me from back to my head for about
 2    five minutes when Major Davis noticed
 3    that multiple blood was coming from
 4    the cut of my face and other bruises
 5    he ordered Captain Savoy to bring him
 6    a jumpsuit.  When Captain Savoy
 7    brought him a jumpsuit he wrapped it
 8    tight around my neck and face.  It
 9    was hard for me to breath but as I
10    was moving my face outside I managed
11    to breath a little bit.  As I was
12    escorted off the tier while the
13    jumpsuit was wrapped around my face,
14    me being in the black box fully
15    restrained, as we exit off out of
16    Shark unit on Shark unit walkway
17    Major Davis was still holding onto me
18    and still didn't let me go.  He
19    slammed me to the concrete.  As he
20    was kneeing, kicking, jumping,
21    hitting me from my back to the head
22    while Captain Kennedy was kicking,
23    kneeing me, punching me in my back to
24    my head while Captain Sanders was
25    kneeing me, kicking me, and jumping
```

1   and punching me from my back and in
2   my head. This incident occurred for
3   about ten minutes.
4   **BY MS. ADAMS:**
5       Q.    The whole incident or just the
6   part on the walkway?
7       A.    Just the part on the walk.
8   Major Davis yelled to one of the
9   lieutenants that was working the gate
10  clear the walkway. As they was continue
11  to punch me from back to my head, kneeing
12  and kicking me Major Davis yelled this is
13  B Team. We're known for jumping on
14  inmates and killing them. Major Davis
15  lift me up from my jumpsuit and escorted
16  me to the patrol van. I still had the
17  jumpsuit wrapped around my face. As we
18  got to the patrol van some sergeant by the
19  name of Cadillac was in the van and
20  Captain Savoy. Major Davis as he was
21  holding onto the jumpsuit he throwed me in
22  the front backseat of the patrol van. As
23  I lift myself up and trying to loosen the
24  jumpsuit that was wrapped around my face
25  real tight due to suffocation, I was

1   the booth or outside the booth?
2       A.   I was outside the booth.  I was
3   like on the tier.  When I walked out my
4   cell outside on the tier that's when Major
5   Davis grabbed me from behind and slammed
6   my face in the tier wall.
7       Q.   And at that time was Captain
8   Savoy there on the tier?
9       A.   Captain Savoy wasn't on the
10  tier.
11      Q.   No?
12      A.   He wasn't on the tier.
13      Q.   Let's go back to the breezeway
14  for just a second.  Was Captain Savoy on
15  the breezeway?
16      A.   Just like I said, I had the
17  jumpsuit -- the jumpsuit was wrapped
18  around my face and it's unknown whether or
19  not people were there or not.
20      Q.   Now, you said that you were
21  restrained during this time, were your
22  hands in front or behind you?
23      A.   I was in front.  I was in black
24  box leg shackles.
25      Q.   That's all the questions I have.

# CERTIFICATION

I, Mark LaCour, Certified Court Reporter in and for the State of Louisiana, as the officer before whom this testimony was taken, do hereby certify that Joseph Savoie, after having been duly sworn by me upon authority of R.S. 37:2554, did testify as hereinbefore set forth in the foregoing 85 pages; that this testimony was reported by me in the stenomask reporting method, was prepared and transcribed by me or under my personal direction and supervision, and is a true and correct transcript to the best of my ability and understanding; that the transcript has been prepared in compliance with transcript format guidelines required by statute or by rules of the board, that I have acted in compliance with the prohibition on contractual relationships, as defined by Louisiana Code of Civil Procedure Article 1434 and in rules and advisory opinions of the board; that I am not related to counsel or to the parties herein, nor am I otherwise interested in the outcome of this matter.

7-27-15
Date

Mark LaCour, C.C.R.
\# 89054