1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

* * * * * * * * * * * * * *
                                    *    CIVIL ACTION
JOSEPH SAVOIE                       *    NO. 14:0700
                                    *
versus                              *    BRADY
                                    *
MAJOR DANIEL DAVIS, ET AL           *    RIEDLINGER
                                    *
* * * * * * * * * * * * * *

         The testimony of DANIEL RAY DAVIS, taken by the plaintiff pursuant to notice and the within stipulation at the Shows, Cali, Berthelot & Walsh law firm, 628 St. Louis Street, Baton Rouge, Louisiana, beginning at 10:27 a.m. on June 29, 2015.


         Before Mark LaCour, Certified Stenomask Reporter, in and for the State of Louisiana.


STATE'S EXHIBIT B

15

1  rules?
2       A.   No, ma'am.  Because I wasn't
3  directly involved with the alter -- all I
4  did was escort him.
5       Q.   So you were not involved in the
6  altercation?
7       A.   No, ma'am.  The only thing I did
8  was escort him up the tier and out of the
9  unit.
10      Q.   Who was involved in an
11 altercation with Mr. Savoie?
12      A.   It was -- it was Kennedy.
13      Q.   And what was his altercation
14 with?
15      A.   When I arrived on the unit
16 because he had called on the radio and
17 said that he had another -- a
18 confrontation with security.
19      Q.   Now, what did he say?
20      A.   He had said he had a
21 confrontation --
22           MR. SHERBURNE:
23                Objection.  Can we go off the
24           record for a second?
25           MS. GRODNER:

```
 1          A.     I put -- I drooped it over his
 2   entire head.
 3          Q.     Did you see the blood on his
 4   face, --
 5          A.     No, ma'am, I did not.
 6          Q.     -- the bleeding?  Okay, so you
 7   said you and Kennedy took him off the
 8   tier?
 9          A.     Yes, ma'am.
10          Q.     Then what happened?
11          A.     We come off the tier, through
12   the lobby, come out on the breeze way, and
13   at the breeze way I was calling for the
14   patrol driver to meet us at the gate.  And
15   the unit is set up like this.  As we were
16   walking there's a walkway, a little trail
17   going beside Shark Four, we were coming
18   down here and that's when Savoy and
19   Sanders met us and we all escorted him to
20   the van.  He was placed in a patrol with
21   the jumpsuit still on his head and then he
22   was brought back to the treatment center.
23          Q.     Now, are you sure that Sanders
24   and Savoy were on that walkway?
25          A.     They were -- no, they were on
```

# CERTIFICATION

I, Mark LaCour, Certified Court Reporter in and for the State of Louisiana, as the officer before whom this testimony was taken, do hereby certify that Daniel Davis, after having been duly sworn by me upon authority of R.S. 37:2554, did testify as hereinbefore set forth in the foregoing 59 pages; that this testimony was reported by me in the stenomask reporting method, was prepared and transcribed by me or under my personal direction and supervision, and is a true and correct transcript to the best of my ability and understanding; that the transcript has been prepared in compliance with transcript format guidelines required by statute or by rules of the board, that I have acted in compliance with the prohibition on contractual relationships, as defined by Louisiana Code of Civil Procedure Article 1434 and in rules and advisory opinions of the board; that I am not related to counsel or to the parties herein, nor am I otherwise interested in the outcome of this matter.

7-27-15                               [signature]
_____                           _____
Date                                  Mark LaCour, C.C.R.
                                      # 89054